UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PROPERTY OF THE PEOPLE, INC., )
RYAN NOAH SHAPIRO, and )
c/o Law Office of Jeffrey L. Light ) Judge _____
1712 Eye St., NW, Suite 915 ) Civil Action No. _____
Washington, DC 20006, )
  )
  )
   PLAINTIFFS )
  vs. )
  )
  )
  )
UNITED STATES ELECTION )
ASSISTANCE COMMISSION, )
1335 East West Highway, Suite 4300 )
Silver Spring, MD 20910 )
  )
   DEFENDANT )
  )
_____ )

## **COMPLAINT**

### THE PARTIES

1.  Plaintiff Ryan Noah Shapiro is a Ph.D. candidate in the Department of Science, Technology, and Society (HASTS) at the Massachusetts Institute of Technology, as well as a Research Affiliate at the Berkman Klein Center for Internet & Society at Harvard University. Plaintiff Ryan Noah Shapiro is an historian of national security, the policing of dissent, and governmental transparency.

2.  Property of the People, Inc. is a 501(c)(3) charitable organization dedicated to governmental transparency in the service of democracy. Property of the People's Operation 45 is dedicated to ensuring transparency and accountability for the Administration of Donald J. Trump, the 45th President of the United States. Plaintiff Ryan Noah Shapiro is a founder of Property of the People.

3. Defendant United States Election Assistance Commission (EAC) is an agency of the United States.

4. EAC has possession, custody and control of the records Plaintiffs seeks.

## JURISDICTION AND VENUE

5. This action arises under the Freedom of Information Act ("FOIA"), 5 USC § 552.

6. This Court has jurisdiction over the parties and subject matter pursuant to 5 USC § 552(a)(4)(B).

7. Venue is proper in this district pursuant to 5 USC § 552(a)(4)(B).

## STATEMENT OF FACTS

8. On July 14, 2017, Plaintiffs submitted to EAC via fax a FOIA request for correspondence between EAC and Kris Kobach; correspondence between EAC and Vice President Pence; and correspondence mentioning the Presidential Advisory Commission on Election Integrity (PACEI).

9. In a July 18, 2017 letter, EAC acknowledged receipt of the FOIA request on July 17, 2017 and assigned it tracking number 17-00021.

10. More than 20 business days have elapsed since Plaintiffs submitted the FOIA request to EAC, but as of the filing of this Complaint, Plaintiffs have not received a response from EAC with a final determination as to whether EAC will release the requested records.

## COUNT I: VIOLATION OF FOIA

11. This Count realleges and incorporates by reference all of the preceding paragraphs. All documents referenced in this Complaint are incorporated by reference as if set forth fully herein.

12. EAC has improperly withheld responsive records.

13. Plaintiffs are deemed to have exhausted their administrative remedies because EAC has not responded within the time period required by law.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs respectfully request that this Court:

(1) Declare Defendant's failure to comply with FOIA to be unlawful;

(2) Order Defendant to immediately process Plaintiffs' FOIA request;

(3) Grant Plaintiffs an award of attorney fees and other litigation costs reasonably incurred in this action pursuant to 5 USC § 552(a)(4)(E)(i);

(4) Grant Plaintiffs such other and further relief which the Court deems proper.

Respectfully Submitted,

　　/s/ Jeffrey Light　　　　　
Jeffrey L. Light
D.C. Bar #485360
1712 Eye St., NW
Suite 915
Washington, DC 20006
(202)277-6213
Jeffrey@LawOfficeOfJeffreyLight.com

*Counsel for Plaintiffs*